ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-po-00030-SAB |
| Plaintiff, | [Citation #E1463393 CA/74] |
| v. | |
| CODY R. REYNOLDS, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00030-SAB [Citation # E1463393 CA/74] against CODY R. REYNOLDS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 25, 2026                    Respectfully submitted,

                                         ERIC GRANT
                                         United States Attorney

                                By:      /s/ *Arelis M. Clemente*
                                         ARELIS M. CLEMENTE
                                         Assistant United States Attorney

1

U.S. v. Reynolds
Case No. 1:26-po-00030-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00030-SAB [Citation # E1463393 CA/74] against CODY R. REYNOLDS, is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge